**Markum Mosi JENSEN, Sr., Petitioner/Appellant,**

v.

**Lisa Monique RANDLE, Respondent/Respondent.**

**No. ED 79578.**

Missouri Court of Appeals, Eastern District, Division One.

July 9, 2002.

Mary Ann Weems, Law Offices of Mary Ann Weems, St. Louis, MO, for appellant.

Bruce Eastman, St. Louis, MO, for respondent.

Sarah S. Pleban, St. Louis, MO, Guardian Ad Litem.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

### ORDER

PER CURIAM.

This is an appeal from a motion to modify child custody. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).